The Honorable Hala Y. Jarbou
Chief U.S. District Judge
United States District Court, Western District of Michigan

RE: USA vs. Patrick Martin
Docket No.: 0646 1:24CR00073-002

Your Honor,

I am writing on behalf of Patrick Donald Martin who is scheduled to appear before you on Thursday February 6, 2024 for sentencing.

My name is Donald Martin. Patrick is my only child. I am very disappointed in Patrick's actions but I want you to know that Patrick is much more than the action that brings him before you.

Patrick's mother and I divorced when he was about 3 years old. Patrick was and is very loved by both/all of us. Unfortunately, there was a huge difference in parenting ideas and there was a continuous battle for custody. In the elementary years, Patrick went between our homes yet he still excelled at learning and was selected to participate in academically talented programs at school. In 2007 we met my future wife. With consent from his mother, Patrick and I moved. Blending a family was hard but we did it. The battles with his mother got worse. At the age of 12/13, Patrick was convinced to return to live with his single mother in Kalamazoo. Patrick was in a situation with a dysfunctional and drug abusing mother, needing help to care for herself. He was exposed to a life that no child needed. As a teen, Patrick had to care for his mother, he saw many people come and go and eventually was getting her drugs for her. I remember Patrick telling me about his mother shooting drugs and breaking a needle in her arm. He has struggled with finding his own way in life while dealing with dysfunction from the parents that should have been able to show him a better way.

Patrick is a very caring and giving person. He will try to take care of his family and friends before thinking of any complications he may cause for himself by doing so. Patrick has been working hard to find his way, with all of the ups and downs. Patrick is a good person.

When Patrick became aware of what was happening because of his action, he called me. He couldn't reach his friend. He knew there was a problem. Patrick showed great remorse for his actions from the beginning. He has deep regret, not just for the legal ramifications of his action but for contributing to the wrong. He regrets losing his friend.

Patrick has accepted responsibility for the crime he is charged with, and has pleaded guilty. He assisted to close the matter. He understands the seriousness of his actions and has made changes because of it. He works regularly and is trying to be positive. He has blocked everyone

he can that is involved with the drug culture. He has delivered test kits to places and people he believed could be in danger of getting "bad drugs". Patrick has moved in with his elderly grandparents, to have a solid base and assist them with household duties.

Patrick is a good person in his heart and soul. He is intelligent, driven and compassionate. When someone needs help, he certainly tries. I have never seen anything that would lead me to believe he has ever had any intention to harm anyone. Patrick is not a danger to society.

Your Honor, thank you for your time and willingness to understand that Patrick Martin is a caring young man. He is taking responsibility for his actions and wants to make changes. I respectfully ask you to consider a merciful and less punitive sentence for my son.

Respectfully,

Donald L. Martin III
706 Fero Ave NE
Lowell, Michigan 49331
(616) 780 - 2828
donaldmartiniii@gmail.com